IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CLARENCE COLLINS,

　　　　　Petitioner,

vs.

JOSE VAZQUEZ, Warden; ALBERTO
GONZALES, and BUREAU OF PRISONS,

　　　　　Respondents.

CIVIL ACTION NO.: CV206-198

## ORDER

Petitioner Clarence Collins ("Collins") filed a "Response and Acceptance of the Magistrate Judge's Report and Recommendation." Collins states that he accepts the Magistrate Judge's position that his petition should be recharacterized as an action pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S. Ct. 1999, 29 L. Ed. 2d 619 (1971).

The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Collins' petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. Should Collins wish to pursue his claims pursuant to § 1331 and Bivens, he may do so by filing the appropriate cause of action with the Court. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this _18th_ day of _December_, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)