AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 DEC 18 P 3: 46

CLERK
SO. DIST. OF GA.

CLARENCE COLLINS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-198

JOSE VAZQUEZ, Warden; ALBERTO GONZALES, and BUREAU OF PRISONS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated December 18, 2006, adopting the report and Recommendation of the Magistrate Judge, judgment of dismissal is hereby entered and this case stands dismissed.

December 18, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03